UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARL BRADLEY, | Case No. 2:13-cv-01196-RFB-GWF |
| *Petitioner*, | **ORDER** |
| vs. | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*, | |
| *Respondents*. | |

IT IS ORDERED that petitioner's motion (#15) to withdraw his prior motion is GRANTED and that petitioner's motion (#9) to seal is WITHDRAWN.

DATED this 10th day of September, 2014.

RICHARD F. BOULWARE, II
United States District Judge