1  CATHERINE CORTEZ MASTO
   Attorney General
2  JEFFREY M. CONNER
   Deputy Attorney General
3  Appellate Division
   100 North Carson Street
4  Carson City, Nevada 89701-4717
   Telephone:  (775) 684-1200
5
   Attorney for Respondents
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF NEVADA

10

11 CARL BRADLEY,                        )   Case No. 2:13-cv-01196-RFB-GWF
                                        )
12              Petitioner,             )   **MOTION FOR**
                                        )   **ENLARGEMENT OF TIME**
13     vs.                              )   **(FIRST REQUEST)**
                                        )
14 ATTORNEY GENERAL OF THE STATE OF     )
   NEVADA, *et al.*,                    )
15                                      )
                Respondents.            )
16                                      )

17         Respondents, by and through counsel, Catherine Cortez Masto, Attorney General of the State of

18 Nevada, hereby respectfully move this Court for an order granting a fourteen (14) day enlargement of

19 time, to and including October 6, 2014, in which to file and serve their responsive pleading addressing

20 the issue of timeliness only.

21         This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure

22 and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and

23 other materials on file herein.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-1-

There have been no prior enlargements of Respondents' time to file said response, and this motion is made in good faith and not for the purposes of delay.

RESPECTFULLY SUBMITTED this 22nd day of September, 2014.

           CATHERINE CORTEZ MASTO
           Attorney General

By:   /s/ Jeffrey M. Conner
       JEFFREY M. CONNER
       Deputy Attorney General

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 16th day of October, 2014.

Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717

CATHERINE CORTEZ MASTO
Attorney General
JEFFREY M. CONNER
Deputy Attorney General
Appellate Division
100 North Carson Street
Carson City, Nevada 89701-4717
Telephone: (775) 684-1200

Attorney for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| CARL BRADLEY, | Case No. 2:13-cv-01196-RFB-GWF |
|---|---|
| Petitioner, | **DECLARATION OF COUNSEL JEFFREY M. CONNER** |
| vs. | |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*, | |
| Respondents. | |

1. I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Appellate Division, and I make this declaration on behalf of Respondents' motion for enlargement of time in the above-captioned matter.

2. By this motion, I am requesting a fourteen (14) day enlargement of time, to and including October 6, 2014, to comply with this Court's order of July 24, 2014, requiring a responsive pleading addressing the issue of timeliness only. (ECF No. 10.) This is my first request for an enlargement.

3. Since this Court ordered Respondents to file a responsive pleading addressing the issue of timeliness, I have been busy working on this case and other federal and state habeas corpus matters, including: White v. Neven, Case No. 12-15033 (Ninth Circuit Court of Appeals); Mack v. Baker, Case No. 3:12-cv-00104; Estes v. LaGrand, Case No. 3:13-cv-00072; Ford v. Williams, Case No. 2:13-cv-00087; Casillas-Gutierrez v. LeGrand, Case No. 3:13-cv-00448; Chambers v. Neven, Case No. 2:13-cv-00489; Duke v. Neven, Case No. 2:13-cv-00688; Alcaraz v. Williams,

-3-

Case No. 2:13 cv-00818; <u>Tagle v. Neven</u>, Case No. 2:13-cv-01832; <u>White v. McDaniel</u>, Case No. 01-01269C (First Judicial District Court of the State of Nevada); and <u>Edwards v. Warden</u>, Case No. PI 08-0659 (Sixth Judicial District Court of the State of Nevada).  As a result of my busy schedule, Respondents require additional time to complete a response that complies with this Court's July 24, 2014 order.  Accordingly, Respondents respectfully request that this Court issue an order granting Respondents an extension of fourteen (14) days, to and including October 6, 2014, to file their response.

      4.      This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case

      I declare under penalty of perjury that the foregoing is true and correct.

By:    /s/ Jeffrey M. Conner
           JEFFREY M. CONNER

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General and that on this 22nd day of September, 2014, I served a copy of the foregoing MOTION FOR ENLARGEMENT OF TIME (FIRST REQUEST), by placing said document in the U.S. Mail, postage prepaid, addressed to:

Carl Bradley #43838-048
USP
P. O. Box 1000
Lewisburg, PA 17837

/s/ Laurie Sparman