# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARL BRADLEY,<br><br>　　　Petitioner,<br><br>vs.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>　　　Respondents. | Case No. 2:13-cv-01196-RFB-GWF<br><br>**ORDER** |

Pursuant to this court's order dated September 30, 2015,

**IT IS ORDERED** that the Clerk of Court shall **ELECTRONICALLY SERVE** the Federal Public Defender ("FPD") a copy of this Order, together with a copy of the amended petition for writ of habeas corpus (ECF No. 11) and the *pro se* motion for discovery (ECF No. 16).  The FPD shall have **thirty (30) days** from the date of entry of this Order to file a notice of appearance or to indicate to the court its inability to represent Petitioner in these proceedings.

. . .

. . .

. . .

. . .

**IT IS FURTHER ORDERED** that if the FPD files its notice of appearance on behalf of Petitioner, within **thirty (30) days** after appearing, the FPD **SHALL FILE** an amended motion for discovery in conformance with Rule 6 of the Rules Governing Habeas Cases. Such motion shall then be subject to the normal briefing cycle set forth in the local rules.

DATED: November 10, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**