UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARL BRADLEY,<br><br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al*.<br><br>Respondents. | Case No. 2:13-cv-01196-RFB-GWF<br><br>**ORDER** |

## I. INTRODUCTION

Before the Court are Petitioner's Motion to Compel re: Discovery (Dkt. No. 38), and Petitioner's Amended Motion for Discovery (Dkt. No. 41). The Court GRANTS pending unopposed motions to extend time on briefing related to these discovery motions, (Dkt. Nos. 42, 45, and 46), and takes all Responses and Replies under submission.

For the reasons below, the Court DENIES Petitioner's Motions (Dkt. Nos. 38 and 41) without prejudice.

## II. DISCUSSION

In his petition, Bradley seeks to challenge his conviction from two state cases, Case No. 08C244409 and Case No. 08C24494. Petitioner has requested that the State provide him with certain discovery regarding the proceedings in his state cases that he alleges is in Respondents' possession and has not been turned over. Respondents appear to argue that the Las Vegas Metropolitan Police Department may no longer have the requested records in their possession, and

1  that they have produced all required discovery disclosures that are in their possession. (Dkt. No.
2  44, p 4).

3      The precise scope of the discovery Bradley seeks, as well as which records remain in the
4  Respondents' possession, are unclear from the pleadings before the Court. Therefore, the Court
5  denies Petitioner's pending discovery motions without prejudice, and sets a status conference for
6  October 18, 2016 at 11:00 AM, to determine what remaining discovery is in Respondents'
7  possession, and whether any further discovery needs to be compelled on Petitioner's behalf.

### III.  CONCLUSION

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion to Compel Discovery (Dkt. No 38) and Amended Motion for Discovery (Dkt. No. 41) are denied without prejudice. The Court sets a status conference for October 18, 2016 at 11:00 AM in LV Courtroom 7C.

**DATED**: September 29, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**