RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
amelia_bizzaro@fd.org

Attorneys for Petitioner Carl Bradley.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARL BRADLEY,<br><br>        Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>        Respondents. | Case No. 2:13-cv-01196-RFB-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(Second Request)** |

Petitioner Carl Bradley, by counsel, moves this Court for the entry of an Order extending the time in which she must file an Amended Petition for Writ of Habeas Corpus by 60 days from May 30, 2017 to, and including, July 28, 2017. This motion is based on the attached points and authorities and the record.

## POINTS AND AUTHORITIES

1. Two weeks ago, counsel sought a short 15-day extension to complete Bradley's petition explaining that a majority of it was already completed. In the intervening weeks, counsel continued working on the petition and has made additional progress on it.

2. When counsel asked for such a short extension, she did not appreciate how difficult it would be to get ahold of Bradley, who has been moved from USP Lewisburg in Lewisburg, Pennsylvania, to USP Florence ADMAX in Florence, Colorado. Counsel had to speak to Bradley before she could file the petition.

3. Thanks to counsel's assistant's concerted efforts to reach someone at the prison, counsel and Bradley were able to speak by phone on May 25, 2017. Bradley is unable to call counsel and can only communicate by letter unless counsel can schedule a telephone call with him, but scheduling a call is difficult.

4. The short request was also based on two upcoming oral arguments in the Ninth Circuit counsel has the week of June 12. Counsel wanted to complete her work on Bradley's case in order to carve out time dedicated only to oral argument preparation beginning June 1.

5. Based on counsel's telephone call with Bradley, her investigation is not yet complete. Her call coupled with information provided through discovery requires additional time to determine whether the basis for one of Bradley's claims exists.

6. It is not counsel's intention to frustrate the court by asking for several short extensions. Rather, this request takes into consideration the work left to be done on Bradley's case as well as her upcoming schedule. It is not made for the purposes of delay, but rather in the interests of justice, as well in Bradley's interests. The requested extension will provide counsel with the time necessary to complete and file the amended petition.

7. On May 30, 2017, counsel exchanged e-mails with Deputy Jeffrey Connor, who does not object to this request, with the caveat that his lack of objection is not to be construed as a waiver or concession of any kind.

2

8. For the reasons above, as well as the record in this case, Bradley respectfully asks this Court to grant his request for an extension of time and enter an order requiring the amended petition be filed on or before July 28, 2017.

Dated this 30th day of May, 2017.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Amelia L. Bizzaro*
AMELIA L. BIZZARO
Assistant Federal Public Defender

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
United States District Judge
DATED: May 31, 2017.

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: JEFFREY M. CONNER.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Carl Bradley
No. 43838-048
USP Florence ADMAX
U.S. Penitentiary
PO Box 8500
Florence, CO 81226

*/s/ Jessica Pillsbury*
An Employee of the
Federal Public Defender