RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMELIA L. BIZZARO
Assistant Federal Public Defender
Wisconsin State Bar No. 1045709
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
amelia_bizzaro@fd.org

Attorneys for Petitioner Carl Bradley.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARL BRADLEY,<br><br>    Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF NEVADA, *et al.*,<br><br>    Respondents. | Case No. 2:13-cv-01196-RFB-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**(Third Request)** |

Petitioner Carl Bradley, by counsel, moves this Court for the entry of an Order extending the time in which she must file an Amended Petition for Writ of Habeas Corpus by 30 days from July 28, 2017 to, and including, August 28, 2017. This motion is based on the attached points and authorities and the record.

## POINTS AND AUTHORITIES

1. Counsel has completed a draft of Bradley's amended petition in line with counsel's last request for an extension. However, difficulty communicating with Bradley due to his location at USP Florence ADMAX in Florence, Colorado, has continued to plague us.

2. Counsel and Bradley have been communicating by phone and letter. Bradley has quickly responded to past requests for information.

3. During a telephone call with Bradley earlier this week, which ended somewhat abruptly, counsel learned that Bradley never received one of her letters seeking information.

4. The day of our telephone call, July 26, 2017, counsel sent Bradley a follow-up letter, which, in part, reiterated the original request. The last letter counsel sent that Bradley received took a week to reach him from the day counsel sent it.

5. The requested information, once received, will assist in the investigation and help counsel determine whether a factual basis for one of Bradley's claims exists. Should the investigation be fruitful, counsel will add the claim(s) to Bradley's petition.

6. This request is not made for the purposes of delay, but rather in the interests of justice, as well in Bradley's interests.

7. On July 28, 2017, counsel exchanged e-mails with Deputy Jeffrey Connor, who does not object to this request, with the caveat that his lack of objection is not to be construed as a waiver or concession of any kind.

8. For the reasons above, as well as the record in this case, Bradley respectfully asks this Court to grant his request for an extension of time and enter an order requiring the amended petition be filed on or before August 28, 2017.

Dated this 28th day of July, 2017.

                          Respectfully submitted,

                          RENE L. VALLADARES
                          Federal Public Defender

                          */s/ Amelia L. Bizzaro*
                          AMELIA L. BIZZARO
                          Assistant Federal Public Defender

                IT IS SO ORDERED:

                _____
                RICHARD F. BOULWARE, II
                United States District Judge

                DATED this 1st day of August, 2017.

# CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: JEFFREY M. CONNER.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Carl Bradley
No. 43838-048
USP Florence ADMAX
U.S. Penitentiary
PO Box 8500
Florence, CO 81226

*/s/ Jessica Pillsbury*
An Employee of the
Federal Public Defender

4