UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CARL BRADLEY, | Case No. 2:13-cv-01196-RFB-GWF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Pursuant to this court's order, Carl Bradley filed a counseled, first-amended § 2254 habeas petition (ECF No. 68). The court now directs that respondents answer the petition.

**IT IS THEREFORE ORDERED** that within **forty-five (45) days** of the date of this order, respondents file and serve an answer to the petition.

**IT IS FURTHER ORDERED** that petitioner shall file his reply, if any, within **thirty (30) days** of the date that the answer is filed.

**IT IS FURTHER ORDERED** that petitioner's motion for leave to file exhibit under seal (ECF No. 70) is **GRANTED**.

DATED: 25 October 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1