UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

CARL BRADLEY,

Petitioner,

v.

DWIGHT NEVEN, et al.,

Respondents.

Case No. 2:13-cv-01196-RFB-GWF

ORDER

This is a 28 U.S.C. § 2254 habeas action. Respondents move for clarification of the court's scheduling order dated October 25, 2017 (ECF No. 73). Good cause appearing,

**IT IS ORDERED** that respondents' motion for clarification (ECF No. 73) is **GRANTED**.

**IT IS FURTHER ORDERED** that respondents shall file a response to the amended petition, including potentially a motion to dismiss, within **forty-five (45) days** of the date of this order, with any requests for relief by petitioner by motion otherwise being subject to the normal briefing schedule under the local rules. Any response filed shall comply with the remaining provisions below, which are entered pursuant to Habeas Rule 5.

**IT IS FURTHER ORDERED** that, in any answer filed on the merits, respondents shall specifically cite to and address the applicable state court written decision and state court record materials, if any, regarding each claim within the response as to that claim.

**IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from service of the answer, motion to dismiss, or other response to file a reply or opposition, with any

1

other requests for relief by respondents by motion otherwise being subject to the normal briefing schedule under the local rules.

DATED: 7 December 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE